Nagipeyutawin

Floyd Co School!
Rome, GA

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA

MATTHEW

Saturday December
2022

1 of

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

DEC 21 2022

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**4** 22-CV- 274

Per Federal Rules of Civil Procedure
One Form of Action & Commencing
Action

Jurisdiction:
Respectfully, the Federal Courts
have jurisdiction on the matter
having both subject matter juris-
diction & also diversity juris-
diction

Respectfully, Arising Under U.S.
Constitution 1st Ammendment, 3rd
Ammendment, 4th Ammendment, 5th
Ammendment, 6th, 8th, 10th, 14th Ammend-
ment, 18 US Code § 1201, 18 USC § 1591

Nagipejutawin

v.

Floyd Co School
Rome, GA

Saturday December
17th 2022

2 of 9

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA

MATTHEW 18:6

18 USC § 1594, 42 USC § 3617, and per-
haps more should the courts find
it lawful & just to rule upon this
matter and, respectfully, in this
petition & complaint, the defen-
dant, per the Federal Rules have
30 days, to specifically respond,
in writing to the courts, speci-
fically confirming or specific-
ally denying, in writing, to the
Courts & respectfully asked to
be published, both petition/com-
plaint & within 30 days their
Answers in writing

Nagipeyutawin

v

Floyd Co School
Rome, GA

Saturday December 17th
2022

3 of 9

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA

MATTHEW 18:6

Should the Courts find it lawful &, just, should the defendants not submit a formal answer, written, specifically denying or specifically confirming, a default Judgement be awarded unfull, writ of execution, for any and all monies; perhaps punitive damages, respectfully; should the Courts find it legal & lawful, place Criminal Federal Charges/warrants for arrests any & all peoples involved with the Kidnapping of L.N.M.S, age 7 years old.

30 days, specifically confirming or denying the follow:

—//—

Nagipejutawin

Floyd Co school
Rome, GA

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA
MATTHEW 18.6

Saturday December
17th, 2022

4 of 9

1) Main Elementary school located
3 watters St. Rome GA.
2) Confirm or deny 3 state/city/gov-
ernment workers one armed
with a gun, were present on or
around May 18th 2022.
3) Confirm or deny if and who
had legal custody of LNMS, age
7 years old at the time of around
2:30 pm May 18th 2022
4) Confirm or deny if christian
name Julia Catherine Stanley
was present to pick up her son
L.N.M.S. on or around 2:30 pm
May 18th 2022
5) Confirm or deny if mother &
legal guardian of LNMS was denied
her son LNMS

Nogipegutainn
v
Floyd Co School,
Rome, GA

SANCTUS ANIMA
SPIRITUS UMBRA · MEDICINA FEMINA
SOLIDUS
MATTHEW 18:6

Sunday Dec.
18th 2022
5 of 9

6) Confirm or deny if the person
armed with the gun took physi-
cal posession of minor child,
L.N.M.S.

7) Confirm or deny if the person
armed with a gun knew the gun-
der of the minor child L.N.M.S.

8) Confirm or deny if the person
armed with the gun knew the
name of the minor child in
which he took illegal physical
posession of the minor child
L.N.M.S on or around 2:30 pm May
16th 2022 located on or around
3 Watter's St. Rome, GA

9) Confirm or deny if school work-
ers contacted, and specifically
how many times, in any means,
and through which specific means

Nagipajutavin
v
Floyd Co School
Rome, GA

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA

MATTHEW 18:6

Sunday December

6 of 9

any government workers
10) Confirm or deny if, and what
qualifications every employee of
Main Elementary School posses-
es & which degrees, training.
a) specifically state the dates/times
of the schooling, training &
background checks for any &
All workers of Main Elementary
b) Any sealed or unsealed criminal
charges on any &, all workers of
Main Elementary
11) Subpeona for any & all com-
munication ingoing & outgoing
of Main Elementary April 2022
End of school year & any & all
camera footage                —//—

Nagipeyutawin
VS
Floyd Co School

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA
MATTHEW 18:6

Sunday December 18th 2022

7 of 9

12) Specifically
Confirm or deny if the Principle of Main Elementary school testified under oath to illegal activities including, but not limited to: following, stalking & harassing any & all, and names specifically who which dates any specific crimes

13) Confirm or deny & name which employees, their titles & specifically their salaries

14) include which entity pays their salaries

15) Specifically confirm or deny any and all repercussions of the any & all employees, which date was known of their crimes

16) Specifically state which awards & entities and the dates which was awarded to criminal activies known

—//—

Nagipeyutawn

Floyd Co School
Rome, GA

SANCTUS ANIMA
UMBRA
SPIRITUS
MEDICINA FEMINA
MATTHEW 18.6

Sunday December
18th 2022
8of9

Prayer for Relief:
Should the courts find it lawful
and just

• Training be implemented for
any & all government workers so
something like this does not
occur.

• Punitive Damages, any & all
be awarded

• Immediate closure of Main
Elementary school & federal in-
vestigation

• Sactions & training to the judges
and police.

• Immediate arrest of LaRoyce
Sudeth,"Nancy from Floyd DFACS, Heather
from Floyd DFACS, and officer Gove

Negipeyutawin
Vs
Floyd Co Schools

SPIRITU UMBRA SANCTUS ANIMA MEDICINA FEMINA
MATTHEW 18:6

Monday December
19th 2022.
9 of 9

• Immediate Federal investigation
of entire courts of Floyd Co, any
and all, per today December 19,
2022, Barbara Rension, previously
under Federal investigation, re-
fused to move cases to rightful juris-
diction. Per today, magistrate clerks
refuse to move, even after seeing;
refuse to make motions for removal, refuse to make
motions for removal, refuse to make
court cases
• Should the courts find it lawful
and just, formal Federal charges to
any & all people in connection.

Motion in Limoni should I be
able to continue & default judge-
ment should defendents not answer
given, specifically in writing, &
I Negipeyutawin ___//___ publish
Notice

12/19/2022