

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

515 Cleveland Pike Rd
Westminster SC 29693

United States Courthou[se]
600 East First St.
Rome, GA 30161

### Retail

**US POSTAGE PAID**
**$13.55**
Origin: 29696
12/19/22
4593800696-01

**PRIORITY MAIL®**

0 Lb 4.20 Oz
RDC 04

EXPECTED DELIVERY DAY: 12/21/22

C010

SHIP TO:

600 E 1ST ST
ROME GA 30161-3149

USPS SIGNATURE® TRACKING #


9510 8107 0892 2353 1997 96



**VISIT US AT USPS.CO**[M]
ORDER FREE SUPPLIES ONLIN[E]



aximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.