Motions — Monday December 19th 2022

**FILED IN CLERK'S OFFICE**
U.S.D.C. Rome
DEC 21 2022
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

4:22-CV-274

Motion for Removal any & all cases to rightful jurisdiction

- Unconstitutional "Bond Agreement"
  ↳ Floyd Co Superior Court (Billy Sparks)

- NWGHA v Julia Stanley
  22MD0793  Floyd Co Magistrate

- Capital One
  21MV81982

- TPO dismissal (Judge Niedrach)
- Informa Pauperis denial (Judge Niedrach)
- 2019 TPO (Judge Wherington)
- Juvenile Case 2260398 (Judge Gregory Price)
  ↳ Acted outside jurisdiction; Still, to this day will not process & move into Federal Court
- Formal Subpoena for any & all cases
  access audio, camera footage & names

Monday Dec 19th 2022

Formal Cease & Desist any & all governmental investigations from anywher or any time