Nagjipejutawin

V

Floyd County

Arising from the US Constitution, any & all Ammendments. Federal Court has jurisdiction 30 days for the civil servants of Rome, Georgia to confirm or deny. Notice to publish, specifically confirm or deny in writing.

Petition to my Government:

Confirm or deny the following allegations:

Today, calling the Rome, GA District Attorney office, did an unknown female stated: the DA doesn't have a voicemail, only to hang up not once but twice & me be able to leave a voicemail. Should the Federal Courts find it legal & just.

—//—

page 1 of 4

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
DEC 27 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
SPIRITUS UMBRA SANCTI · ANIMA MEDICA FEMINA
MATTHEW 18:6
4:22-CV-274-WMR
Wednesday, December 21st, 2022

Nagipeyutawin
V
Floyd Co., GA

Wednesday December 21st 2022

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA
MATTHEW 18:6

A full & Entire Federal Investigation of the Civil Servants of Rome, GA, and & all Immediate arrest warrant be issued for the District Attorney, Leigh Patterson located 3 Government Plaza Suit 108 Rome, GA 30161 for aiding in 18 US Code § 301 kidnapping, a full investigation to how many people she, herself has done this to & any & all accomplices & other High Crimes against the USA. An Immediate arrest warrant to the chief of police Denise Downer Mckinney of Rome, GA. Immediate Federal investigation of the entire civil servants of Rome, GA & Floyd County

—//—

page 2 of 4

Nagiyejutawin

vs

Floyd County

SPIRITUS UMBRA SANCTUS ANIMA MEDICINA FEMINA
MATTHEW 18:6

Wednesday, December 21st, 2022

Published December 21st, 2022 two men, Lee Clark & Cain Joshua Storcey, finally found "innocent" after 25 years. Per Juris Doctor, Luke Anthony Martin, he told me that the Courthouse located at 3 Government Plaza Rome, GA unconstitutionally told the innocent men to "stop writing into the court".

To be honest, I am unsure if this entire town knows the English language or has been properly trained in anything. Seems as though they just get their friends to arrest & charge unconstitutionally. Seems as though the judges act outside their jurisdictions & then draw salaries. I would argue that they are defrauding the US Government & even blatantly filing their felonies. It's all very odd.

—4—

Page 3 of 4

Nagipey Hawin

Wednesday, December 21st 2022

Floyd County

Seems like these civil servants of Rome, Georgia don't understand laws, even at the judge's level.

In a ruling a judge published something like "she presented pieces of papers called pititions"... I'm almost speechless because it seems like they don't understand the US Constitution.

Immediate arrest warrant to Judge Billy Sparks for not understanding due process & asking for a literal ransom he calls an Unconstitution "Bond Agreement" Federal Warrant for DA Leigh Patterson

I, personally am suing, but I would like answers to why these civil servants don't know law or the Constitution or due process.

I would argue Treason & High Crimes against the US Government
Article 3 Section 3 US Constitution

Nagipey Hawin
Julia Stanley

page 4 of 4

Nagipejutawin

V

Leigh Patterson

Wednesday, December 21st 2022

Arising Under US Constitution, any & all

Commencing an action & One Form of Action

Should the Federal Courts find it lawful & just, 30 days for the defendant Leigh Patterson, located 3 Government Plaza Suite 108 Rome, GA 30161, to specifically deny, in writing or specifically admit

Petition & Complaint:
1) Leigh Patterson, are you the District Attorney for Rome, GA?
2) Do you possess a Juris Doctor degree?
3) Do you claim to understand law?
  a) do you practice law as a current occupation. If so, state your BAR number.
4) Motion for Sanctions Reason: Felony communication, today, 12-21-2022 in attempts to drug me