January 20th 2023

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 23 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk







515 Cleland Pike Rd
Westminster, SC 29693

Main Elementary School
3 Watters St Southeast
Rome, GA 30161



# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY ®
# MAIL



**Retail**

## US POSTAGE PAID

**P**

**$9.90**

Origin: 29678
01/21/23
4580400678-22

### PRIORITY MAIL®

0 Lb 2.40 Oz

**RDC 04**

EXPECTED DELIVERY DAY:  01/23/23

**C010**

SHIP
TO:
600 E 1ST ST
ROME GA 30161-3149



USPS TRACKING® #



9505 5119 9653 3021 5823 68

## PRIORITY ®
## ★ MAIL ★



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Nagpepytawin
515 Cleveland pike Rd
Westminster, SC 29693

**TO:**

United States Courthouse
600 East First Street
Rome, GA 30161-3149

Label 228, March 2016        **FOR DOMESTIC AND INTERNATIONAL USE**

**FLAT**
ONE RATE

To schedule f
scan t



USPS.C

## TRACK



PS0000

OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE