IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Nagipejutawin** *also known as* Julia Stanley.<br><br>Plaintiff,<br><br>v.<br><br>**Floyd County School**<br><br>Defendant | CIVIL ACTION FILE NO. 1:22-cv-274-WMR |

# ORDER

Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve a complaint on each defendant within ninety (90) days after the complaint is filed. Rule 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

On December 21, 2022, Plaintiff filed her Complaint [Doc 1] against Defendants. A review of the docket shows that Plaintiff has not filed proof of service on the Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file, on or before March 21, 2023, proof that service was properly made on Defendants or why Plaintiff has been unable to serve Defendants. Failure to file proof of service as ordered will result in dismissal of this action without prejudice under Rule 4 of the Federal Rules of Civil Procedure. The Clerk of Court is **DIRECTED** to submit this matter to the Court if Plaintiff fails to comply with this order.

**IT IS SO ORDERED**.

Dated: February 8, 2023
Atlanta, Georgia

_____
William M. Ray, II
United States District Judge