(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
NAGPEJUTAWIN AKA JULIA STANLEY
was received by me on *(date)* 3-20-23 .

☑ I personally served the summons on the defendant at
*(place)* ROME CITY SCHOOLS, 508 EAST SECOND ST, ROME GA 30161
on *(date)* 3-20-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date: 3-20-23

_____
Server's signature

Lynn Krout
_____
Printed name and title

235 Rufus Land Rd Westminster, SC 29693
_____
Server's address

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk