TO: Rome, [illegible]
From: Nagipajutawin

1:23CV418·SDG

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
MAR 22 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Greetings,

My Christian name is Julia Catherine Stanley. I have become an incarcerated individual since filing my Federal suits.

May I please request curtesy copies since I have been taken away from my things (not even formally charged which is unconstitutional). I apologize I must make these requests, but any updates to my cases please be sent to

Jacket No: 127861
2526 New Calhoun Hwy
Rome GA 30161

Also, I would like to continue all my federal suits, they are not frivolous nor malicious and I believe one suit's judge is William Ray. If any motion for dismissal or response I would like to motion for reopening if closed citing what I alledge is Malicious Prosecution & Extension. I will be able to prove my cases if given the chance & please ask the court to direct communication to my new address. Thank you kindly in advance. I apologize that I don't even know the civil action numbers, but hopefully can continue all of them with the court's help.

Respectfully Submitted,

Nagi

Rome City Schools have been summoned

Jacket No: 187861/Stanley
2526 New Calhoun Hwy
Rome, GA 30161

ATLANTA METRO 301
20 MAR 2023 PM 8 L

Attn Clerks of Court
Rome, GA Federal Court
US Courthouse
600 East First Street
Rome, GA 30161-3149



This letter is being mailed from an inmate at the Floyd County Jail. The contents have not been reviewed.

CLEAR DATE

MAR 22 2023

U.S. Marshals Service
Atlanta, GA 30303

Return Service respectfully Requested