TO: Atlanta US District Court  March 22, 2023

From: Nagipejutawin / 1127861 Stanley
2526 New Calhoun Hwy
Rome, GA 30161

Jacket #:

One Form of Action Commencing Action

Also referencing:
1:23-CV-00498-JPB
&
4:22-CV-00274-WMR

FILED IN CLERK'S OFFICE U.S.D.C. Atlanta — MAR 27 2023 — KEVIN P. WEIMER, Clerk — By: Deputy Clerk

Emergency Motion for hearing
&
Writ of Hebeas Corpus
motion for dismissal of Charges & expungement
(SC accepted an informal Daupris January 2023, Oconee county, SC)

Arising under the US Constitution & Georgia's Constitution; US Constitution Ammendments: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 14th &, Georgia's Constitution Article 1 section 1, paragraphs 1-9, 11-15, and 29. I, christian name Julia Stanley, real name Nagipejutawin, Traditional Native American Way of life, please ask the courts for an Emergency motion, Writ of Hebeas Corpus, and should the courts find what the State has done to me unlawful, unjust, or similar, motion for dismissal & expungement.

Findings of Facts:
A year ago today, a single mother lived in relative peace & Georgia resident. On May 18th 2022, without legal authority

page 1 of 6

and on school property. Specifically, someone armed with a gun took physical possession of her minor child, LMNS age 7 years old at 3 Watters St. Rome, GA 30161. This fits the federal statutes of kidnapping, smuggling, & coercion.

The kidnapping occurred after police were used to harass, intimidate, and stalk my son & I.

For instance, on May 9th 2022, I was physically chased & my home occupied for hours without warrant or charge. This was not the only time we were stalked and harassed.

Fraudulent documents & libel were filed, I alledge, to cover up the states misdemeanors to my son & I and felonies to us. I was beaten with broken bones May 2022. My car vandalized with about 4k worth of damage, and Rome Police were used to harass & intimidate me not to get my own legal mail. Housing Authority even stole.

I alledge malicious prosecution on the State as I am currently incarcerated without indictment. This breaks 3 constitutions & it has been over 9 months & the State has not dropped the ~~charges~~ warrants

I have even been denied petitioning my

2 of 6

government at all and does not like a fair manner. I resorted to a federal suit, but none of this should have happened. It's illegal and unconstitutional.

I desperately need a MRI and being denied one. This is Cruel & Unusual Punishment, and under 1983 and several other things I shouldn't have erroneous & frivilous warrants for Efforts, I alledge, to cover up the State's crimes.

I was arrested, violating SC§11 Presentment and Indictment (and others) Feb. 7, 2023 My Writ of hebeas corpus ignored, held past the 90 days, no Governor's Warrant, and extradicted to Georgia. Without a trial, I have been here in GA, since March 10, 2023.

All grievances have been exhausted & many things ignored. The Law Library is down & the Floyd Co jail ignores requests to go to the physical one, which likely breaks federal law.

I've asked many times to be tested, as I don't do drugs, but have been exposed to diseases like HIV in places like Silverdale Detention in TN where Floyd Co got a different State, TN, to kidnap me on or around June 17th, 2022.

3 of 6

I have lost everything and the State continues to ignore their crimes against my son & I, breaking the constitutions & laws. I am being deprived of my life, liberty, and property without the Procedural or Substantive Due Process, breaking the Federal Rules For Criminal Procedure. I am likely permantly disabled from the State hunting me down & depriving me of my rights.

I was a Mormon Sunday School teacher and single mother working to get out of the projects & was approved for a mortgage. I had to spend my money on a lawyer & per the unconstitutional Bond Agreement (which fits the Federal Statute of a ligitimate ransom letter due to me never being formally charged) I am banned from Floyd Co & many constitutional Rights forbidden to me.

On or around September 2022, in a seperate ruling in SC, honorable judge Viki Snelgrove stated in a written ruling that "DFACS likely acted outside their jurisdiction" which their "prosecution" (aka libel & fraud) moved on record for dismissal also that month.

The Georgia/Floyd Co obsession with

4 of 6

Fishing Expeditions & Confirmation Bias Continues.

I would please like to petition a higher court to look into these things & Floyd Co rulings. It seems odd to me the judges don't understand their jurisdictions or Constitutions. It seems odd to me that they view police harrassing me ≈ 96 times in 45 days okay or normal. It seems odd to me I am spending time in jail again, for warrants the DA admits they can't type up.

I alledge these warrants are to silence me and cover up the State's crimes.

I am a victim & my rights broken... my body broken. Even forced into an institution where I was raped so badly 2 pairs of medical panties had blood all over them. Police did not help nor investigate even after I reported it. The laick of Gross Negligence is criminal & I've gotten PTSD from all this Physically, I'm likely permenantly disabled

May I ask & petition to the court for Relief? Please

Prayer For Relief:

Immediate total expungement of the frivilous warrants & Temporary Protection Order signed to prevent Floyd Co from Stalking & harrassing me & my family or contacts.

Immediate release from Floyd Co jail

Written apology from Rome Police Dept. & training implimented regaurding Native American Way of life/"religion", as the practice of my Way of life falls under the US Constitution's 1st Ammendment & practicing it was hindered & villified.

Full Federal Investigation of Floyd Co juvenile Court & perhaps motion for Impeachments for Floyd Co DA.s/judges/other government officials who participated or were witnessed to the felonies & misdemenors of the State & either aided, gave comfort or allowed it to continuing acting as an accomplice to the crimes & the defrauding of the US & Georgia taxpayer.

Punitive & Compensatory damages awarded to me to make me whole & discourage these unconstitutional crimes to be done.

Nasipegutuwin - Julia Sunday, March 22nd 2023

6 of 6

