TO: Rome, GA District Court
US Courthouse
600 East First Street
Rome, GA 30161-3149

From: Prisoner w/o charge, Nagipejutawin
Stanley/127861 c/o Floyd Co Jail
W-4 Cell 218  2526 New Calhoun Hwy NE
Rome, GA 30161

Re: Floyd Co DA# 22FL001838
State of SC Arrest Warrant
2023A3710200062

March 30th, 2023

In reference also to:
1:23-CV-00418-JPB
&
4:22-CV-00274-WMR.

## Notice of Appeal

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome
APR 07 2023
KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

I am writing unto the Court per Rule 9(a), 9(1) and others. Supposedly, today I have a "Bond Revocation" hearing, but I am unsure if I will even have court, as the last time, they took me off the docket with no notice. In a week, I'll be detained and denied my liberty & freedom for 2 months. I have had Libel & Fraud filed against me. I have fired my 2nd paid lawyer, Luke Martin & have decided to go pro se.

I am still without indictment or trial, and it has almost been 1 year since my arrest. I've had oppressive pre-arrest. This can be seen in rulings, last summer, I couldn't produce evidence, as the State, I alledge, is trying to silence me. Judge Niedrach denied a TPO last summer, 2022, indicating I saw authorities + PLEX in 45 days. I've had excessive pre-indictment delay, as I am still without charge. I have had Post-arrest delay, spending almost 80 days confined & tortured, I am permenently disabled

1 of 2

My entire file, to show I need not show extensive actual prejudice. I have requested my files only to be ignored.

I would like transcripts of all my Floyd Co, GA courts, printed & mailed, as I only have a bendy pen, paper, limited envelopes & stamps.

This denial of my freedom & liberty breaks 4 constitutions - GA, USA, and TN & SC, the latter 2 other states involved with kidnapping me on frivolous warrants.

My 1st, 2nd, 3rd, 4th, 5th, 6th, 8th, 9th, and 14th Ammendment rights have been broken and likely more. The malicious prosecution against me is also breaking:

Rules for Criminal Procedure
Uniform Rules of Superior Court
Federal Rules for Evidence
Due Process, possible Double-Jeopardy
Various Codes of Conduct & Model Rules

... likely more, but I'm not a juris doctor. I would prefer counsel, but a competant one who knows the Rules. I shouldn't have to prove my innocence.

This is direct violation of 18 USC Sec. 3161 & I'm entitled to a dismissal. An argument could be made that any "evidence obtained" would be considered "Fruit of the Poisonous Tree" as this is around 1 year of continuous & relentless felonies and misdemenors of the State to me & my son. My son was kidnapped May 18th, 2022 & I allege collusion to cover up their crimes, as well as others.

Julia Hurley
3/30/2023

2 of 2

To: Rome, GA District Court  March 30, 2023
From: Prisoner w/o charge, Nasipejutawin

# Motion for Dismissal & Expungement & possible 88 others

Re: Floyd Co DA # 22FL001438
&
SC Arrest Warrant 2023A710200062

Please see Notice of Appeal for reasons why. I am also, per 18 USC §3162 entitled to Sanctions & thus request those immediately & immediate release w/ Declaratory, public & printed apology with any publication of the Libel deleted off any form of Press.

Sua Stanley
3/30/2023

Nasipejutawin
Traditional Native

Prisoner without Charge, Nazipejutawin
Stanley/1127861
W-4 cell 218
2526 New Calhoun Hwy NE
Rome, GA 30161

This letter is being mailed from an inmate at the Floyd County Jail. The contents have not been reviewed.

ATLANTA METRO 301
05 APR 2023 PM 9 L

Attn: Clerks Rome, GA District Court
US Courthouse
600 East First St
Rome, GA 30161-3187

U.S. Marshals Service
Atlanta, GA 30303
CLEARED DATE APR 07 2023

Return service respectfully requested