Re: 4:22-CV-00274-WMR

Stanley v Rome City Schools

April 7, 2023

*mailing to come after time of closing date for filing*

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

APR 18 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

## Default Judgement & Writ of Execution

Should the Courts find it Lawful & Just, Defendants were made aware of possible pending Default Judgement on 4:22-CV-00274-WMR. In the interest of Justice & timely manner of conclusion Default Judgement be awarded, as stated in original petition & Writ of Execution should they have failed to answer in time. Respectfully Submitted,

Julia Stanley

4/7/2023

Christian name: Julia Stanley
Native/actual name: Nagipejutawin

Julia Stanley
Jacket No: 127861
2526 New Calhoun Hwy NE
Rome, GA 30161

ATLANTA METRO 301
12 APR 2023 PM 9 L

Attn: Clerks of Court US Courthouse
600 East First St.
Rome, GA 30161

This letter is being mailed from an inmate at the Floyd County Jail. The contents have not been reviewed.

CLEARED DATE
APR 18 2023
U.S. Marshals Service
Atlanta, GA 30303

30161-314999