TO: District Court Rome, GA
From: Nagipejutawin
Julia Starkey / 127861
W-3 cell 91 - lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

4/14th 2023
Re: civil Action
4:22-CV-00274-WMR

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
APR 21 2023
KEVIN P. WEIMER, Clerk
By: ____ Deputy Clerk

## Motion for 2 week Filing Extension

After mailing for a default judgment, I was made aware only through telephone that Defendants filed A Motion for Dismissal. I was told they claimed "I was served". I was not & would like copies of the alleged "Proof of Service". If this is the case, I would please like to request an extension so I may try to see the grounds to properly prepare my response & brief. Should the courts find it lawful & just, a 2 week extension added to the 14 days, totaling 28 days, I may respond. I need time to see their motion, as I have not been properly served, but do wish to continue my civil Action.

Just for the record, my lawsuit is not frivolous nor malicious, the contents include incredibly serious allegations of child kidnapping, which, if proven, carry a sentence of 25 years. Just for that charge. Safety of vunerable populations should be societies responsibility, and as such, strict rules & procedures exist for a reason & need to be upheld

1 of 2

In my case I cannot identify the defendant as such as the person who took unlawful physical possession of my child neither knew my child's name nor gender. I do have this felt? footage & should have also, by law, been recorded as well. 18 USC section 1201 states (a) Whoever unlawfully seizes, confines, in veigles, decoys, kidnaps, abducts, or carries away and holds —

I'm sorry, this is difficult for me. I can address this more specifically in the suit, but my suit is neither frivolous nor malicious on many specific grounds. The previous mentioned is just one of the many claims relief can be granted. In the suit I do not ask for money, I ask for justice since the systematic repeated failure of the state to act within the law. Since more than 2 people are clearly involved other crimes may be present & since I was not allowed fair rights under the color of the law, denying me constitutional rights, I must do a civil suit.

I also ask the court to decide, if any time, within this process, as I am pro se & not a lawyer, perhaps periodic motions with leave to amend as I am learning & find specific words that may be pertain and to this case on my learning journey.

Please accept a more specific rebuttal brief here shortly as soon as I can properly read the motion & respond.

Respectfully submitted
Julia Stanley
Nasipojutain
Julia Stanley  4/14/2023

Nagirejutawn
Jueus Stanley #1027861
W-3 cell 216 lockdown
2526 New calhoun Hwy NE
Rome, GA 30161

ATLANTA METRO 301
19 APR 2023 PM 4 L



FOREVER / USA

District Court Attn: Clerks
US Courthouse
600 East First Street
Rome, GA 30161

The contents have not been reviewed
inmate at the Floyd C...
This letter is being mailed about...

CLEARED DATE

APR 21 2023

U.S. Marshals Service
Atlanta, GA 30303

30161-318779

Return Service Respectfully Requested