Re: 4:22-CV-00274-WMR
Nagipejutawin
Julia Stanley
V
Rome City School Distric

April 15th 2023

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

APR 2 1 2023

KEVIN P. WEIMER, Clerk
By: [illegible] Deputy Clerk

# Motion to Amend

Should the courts find it legal & just, to please correct the error/s:

"Rome City School District" should be the correct defendant, not "Floyd Co School" as both plantiff & attorney for Rome City School District are in agreement in his April 10th 2023 motion.

Respectfully Submitted,

Julia Stanley
Julia Stanley 4/15/23
Nagipejutawin

Julia Stanley
Jacket No: 127861
W-3 Cell 216 Lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

Nagipayttawin
Julia Stanley 1127861
W-3 Cell 216 Lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

ATLANTA METRO 301
19 APR 2023 PM 5 L

FOREVER / USA FOREVER / USA

This letter is being mailed from an inmate at the Floyd County Jail.
The contents have not been reviewed.

Attn: Clerks of Court
Northern District Court of GA
US Courthouse
600 East First Street
Rome, GA 30161

CLEARED DATE
APR 21 2023
U.S. Marshals Service
Atlanta, GA 30303

30161-318779

I was arrested Feb 7th, unsure which 'Feb 8th' order is being mentioned once

Thank you

Pro se legal documents enclosed