TO: Northern GA District Court
600 East First St
Rome GA 30161

From: Nagipegutawin
Julia Stanley /127861
W-3 cell 216 lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

FILED IN CLERK'S OFFICE
U.S.D.C. Rome
APR 21 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

April 15th 2023

Nagipegutawin
Julia Stanley
V
Rome City School District

4:22-CV-00274-WMR

Response to Motion to Dismiss

Dated April 10th, 2023, I just recieved what is a Motion to Dismiss. Should the courts find it lawful & just, I would please like to respond. The attorney for Rome city schools has mentioned a few things & I would like to thoroughly & completely answer & address them

In regards to insufficient service, as stated in my letter I sent yesterday, I am not a juris doctor & I am learning. If the grounds are only improper service, it would waste the court's time to dismiss, only for me to refile, as the party, as stated yesterday, was aware since December. Perhaps a constitutional argument could be made upon "one form of action, commencing action" but the pure act of being aware of a suit or trial has been made & established. As stated yesterday as well, my civil action is incredibly serious with allegations I can 100% prove. Since the defendant is aware, the court assigned a number

1 of 4

it would follow the court's rule on prompt disposition of a case, as if the only issue was a procedural issue, I am stated as being pro se, not represented by an attorney, and still trying a great deal to understand. The content of this case is extremely important, and while I appreciate the legal brief & explaination, the answers to the complaint are needed to try to move for a prompt disposition of the case.

The attorney does bring up something I agree with which was an error on the parties, thus reinforcing the correct defendant is properly & sufficiently aware of the suit. By the attorney correctly naming which is the proper entity, "Rome City School District" & NOT "Floyd Co School Rome, GA", as my petition stated, it directly lets both the Courts & me aware of the party which kidnapped my son, Rome City School District, May 18th 2022, because if they had no knowledge of it, they would have wanted to move on the basis of "frivolous" and not an alleged procedural defect. So I do thank & appreciate that & please see the attached to correctly name the party responsible. In stepping up, naming & claiming, it should be painfully obvious they are aware of the allegations, know of the dates I'm referring to, & have other knowledge on this

which further presses to answering the questions and claims in the petition.

I do wish this process to be quick, but thorough and believe just a correction of an improper name being the best interests of all the parties involved. Please see motion to correct the name to the proper entity "Rome City School District". By the US and GA constitutions, individual rights to bring suit do not bar an individual that is not an attorney to bring suit. In Forma Pauperis is very commonly used to aid a common person in legal matters. In a letter mailed yesterday, I did mention this along with periodic motions to Amend, as I am trying very hard to learn & follow the rules that many people know of from Law School. I have not gone to Law School, I am just a mother & US citizen. Perhaps an argument could be made that they believe that rules are more important than the constitutions, but I do believe the US & GA constitutions take precedence before any & all rules. The Constitution & Bill of Rights secure these Rights and I would please ask the courts to see the earnest drive & dedication to this to not dismiss so I must have to start from square one, and instead just grant simple correction. The opposing party's attorney has been more than kind to demonstrate, in his April 10th

3 of 4

Motion that the United States District Court, Northern District of GA Rome Division is the correct court, the correct defendants, indeed are Rome City School District, or "RCSD", all the parties are aware of Civil Action File No. 4:22-CV-00274-WMR, and while I am continuing pro se, the opposing party is represented by a Mr. Twyman, an attorney & the suit is filed correctly with proper jurisdiction. It seems as though correcting slight spelling mistakes would be in all parties interest & moving forward with answering, in writing to the Court, the Nagipejutawin v Rome City School District suit.

I beg the Courts to please consider this, citing the GA & US Constitutions & now knowing the Federal Rules for Civil Procedure, ask to move forward & not to dismiss on spelling errors as all parties are currently aware, involved & seems as now moving forward would go towards the prompt disposition of the case and eventually save time & funds. Thank you.

Respectfully Submitted,

Julia Stanley

Julia Stanley 4/15/2023

Nagipejutawin

Nagipejutawin
also known as
Julia Stanley
v
Rome City School District
4:22-CV-00274-WMR

Nagi Dayhi Wiwin
Julia Stanley - 1127861
W-3 Cell 916 Lockdown
2526 New Calhoun Hwy, NE
Rome, GA 30161



ATLANTA METRO 301
19 APR 2023 PM 5 L

This letter is being mailed from an inmate at the Floyd County Jail.
The contents have not been reviewed.

Attn: Clerks of Court
Northern District Court of GA
US Courthouse
600 East First Street
Rome, GA 30161

CLEARED DATE
APR 21 2023
U.S. Marshals Service
Atlanta, GA 30303

30161-318779

Rosa Lugo Gomas
Encorso

Thank you

I was arrested Feb 7th
due to being mentioned once
in an insein check test