Hello,

4:22cv274

I was wondering how to get physical print copies of any of my Floyd Co court cases? how to get transcripts either that I can transcribe at the jail, myself, or order. I am currently incarcerated &, only have a bendy pen & paper.

I am having severe issues with clerks of the lower courts, finding out, on record, on an April 13th 2023 court that my communication, is, in fact being received, but being ignored. I'm pro se & do not even have my Indictment. The Indictment was supposedly charged 9.5 months after arrest. I even have requested a writ of Mandamus from the Supreme Court. I may need to transfer. Just in hopes of a chance of a fair trial. I have not even been arraigned. I need those records & do a notice of appeal just for my criminal case. Is there a way to do that from this court? Or transfers?

Thank you &

Nagipagutansin
Stanley 1127861
0526 New Calhoun Hwy  SE
Rome, GA 30161



FOREVER / USA

Attn  clerk of court
600 East First St.
Rome, GA 30161

CLEARED DATE

JUN 0 1 2023

U.S. Marshals Service
Atlanta, GA 30303

This letter is being mailed from an
inmate at the Floyd County Jail.
The contents have not been reviewed.