UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| NAGIPEJUTAWIN, ALSO KNOWN AS, JULIA STANLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>FLOYD COUNTY SCHOOL,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 4:22-cv-00274-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Rome City School District's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED** without prejudice for insufficient service of process.

Dated at Rome, Georgia, this 11th day of July, 2023.

KEVIN P. WEIMER
CLERK OF COURT


By:     s/ A. Edwards
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 11, 2023
Kevin P. Weimer
Clerk of Court

By:    s/ A. Edwards
      Deputy Clerk